# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MARK L. SHARP,

Plaintiff

v.

NV CHALLAPALLI CARDIOLOGY, *et al.,*

Defendants.

Case No. 3:26-CV-00321-MMD-CLB

**ORDER TO PAY FILING FEE
OR FILE APPLICATION TO
PROCEED *IN FORMA PAUPERIS***

On May 4, 2026, Plaintiff Mark L. Sharp ("Sharp") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). However, Sharp has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall SEND Sharp the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Thursday, June 4, 2026**, Sharp will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Sharp's civil rights complaint, (ECF No. 1-1), but will not file it unless and until Sharp timely complies with this order.

**DATED**:  May 5, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**