# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MARK L. SHARP,

Plaintiff,

v.

NV CHALLAPALLI CARDIOLOGY, *et al.*,

Defendants.

Case No. 3:26-CV-00321-MMD-CLB

**ORDER WITHDRAWING REPORT AND RECOMMENDATION**

[ECF No. 4]

Plaintiff Mark Sharp ("Sharp") initiated this case by filing a *pro se* complaint. (ECF No. 1-1.) However, Sharp did not pay the filing fee for a civil action or submit an application to proceed *in forma pauperis*. The Court therefore ordered Sharp to either pay the full $405 filing fee or submit a completed application to proceed *in forma pauperis* by June 4, 2026, or face dismissal of his case. (ECF No. 3.) Sharp did not comply with the Court's order, so the Court submitted a report and recommendation recommending Sharp's case be dismissed. (ECF No. 4.) Later that day, however, Sharp submitted an application to proceed *in forma pauperis*. (ECF No. 5.) Accordingly, the Court hereby **WITHDRAWS** its report and recommendation. (ECF No. 4.) The Court will screen Sharp's application to proceed *in forma pauperis* and *pro se* complaint in the normal course.

**IT IS SO ORDERED**.

**DATED**: ___June 10, 2026___.

_____
**UNITED STATES MAGISTRATE JUDGE**